IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| CESAR FRANK STAGNO, #401636 § | |
| § | |
| v.       § | CIVIL ACTION NO. G-06-250 |
| § | |
| § | |
| NATHANIEL QUARTERMAN, § | |
| DIRECTOR OF TDCJ-CID     § | |

## ORDER

Before the Court is the Report and Recommendation of the United States Magistrate Judge that was entered on November 1, 2006.  Petitioner filed no objections.

Having given this matter *de novo* review under 28 U.S.C. § 636(b)(1)(C), this Court finds that the Report and Recommendation is correct and it is, therefore, **ACCEPTED** by this Court in its entirety and incorporated by reference herein.

Accordingly, it is **ORDERED** that Respondent's Motion to Dismiss (Instrument No. 9) is **GRANTED**; and the Petition for a Writ of Habeas Corpus of Cesar Frank Stagno (Instrument No. 1) is **DISMISSED** as time-barred.

**DONE** at Galveston, Texas this 1st day of December, 2006.

_____
Samuel B. Kent
United States District Judge